# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530,<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**BACKCOUNTRY.COM, LLC,** a limited liability company, 1678 West Redstone Center Drive, Suite 210, Park City, UT 84098,<br><br>    **Defendant.** | Case No. 15-2127 |

## PLAINTIFF UNITED STATES OF AMERICA'S
## MOTION TO ENTER STIPULATED ORDER

Plaintiff, the United States of America, by and through its undersigned counsel, respectfully moves for entry of the Parties' Stipulated Judgment and Order for Civil Penalties and Injunctive and Other Relief that accompanies this motion. All parties have agreed to the terms of the Order, as evidenced by their signatures thereon, to resolve this action. The United States believes that entry of this Order would most efficiently further the ends of justice in this case. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Defendant's counsel, who does not oppose the filing.

WHEREFORE, Plaintiff United States of America, respectfully requests that the Court enter the Stipulated Judgment and Order for Civil Penalties and Injunctive and Other Relief.

Respectfully submitted,

Dated: December 9, 2015

| | |
|---|---|
| OF COUNSEL: | FOR THE PLAINTIFFTHE UNITED STATES OF AMERICA: |
| JAMES A. KOHM<br>Associate Director for Enforcement | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| DOUGLAS V. WOLFE<br>Assistant Director for Enforcement | JONATHAN F. OLIN<br>Deputy Assistant Attorney General |
| KORIN EWING FELIX<br>AMANDA B. KOSTNER<br>Attorneys<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Mail Drop M-8102B<br>Washington, D.C. 20580<br>(202) 326-3556; kfelix@ftc.gov<br>(202) 326-2880; akostner@ftc.gov | MICHAEL S. BLUME<br>Director<br>Consumer Protection Branch<br><br>ANDREW E. CLARK<br>Assistant Director<br><br>/s/ Jacqueline Blaesi-Freed<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br>Tel: (202) 353-2809<br>Fax: (202) 514-8742<br>Jacqueline.m.blaesi-freed@usdoj.gov |